UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L BASKIN,

    Plaintiff,

v.                                      Case No. 3:21cv700-LC-HTC

LIEUTENANT J HAIR, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 26, 2021 (ECF No. 9).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.     This case is DISMISSED as malicious for Plaintiff's abuse of the judicial process and for failure to comply with Court orders.

3.     The clerk of court is directed to close this case.

**DONE AND ORDERED** this 29th day of July, 2021.

                                                       *s/L.A. Collier*
                                                       **LACEY A. COLLIER**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**